James E. Magleby (7247)
  magleby@mcpc.law
Jennifer Fraser Parrish (11207)
  parrish@mcpc.law
Yevgen Kovalov (16297)
  kovalov@mcpc.law
**MAGLEBY CATAXINOS, PC**
141 West Pierpont Avenue
Salt Lake City, Utah 84101
Tel.: (801) 359-9000
Fax: (801) 359-9011

Marc H. Edelson (*pro hac vice*)
   medelson@edelson-law.com
 Liberato P. Verderame (*pro hac vice*)
   lverderame@edelson-law.com
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: 267-685-0676

Andrew W. Ferich (*pro hac vice)*
  aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: 310.474.9111
Fax: 310.474.8585

*Attorneys for Jeffrey Alonzo Minter, Keeba Coucil, and Raymond Delgado Sandoval*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN BROOKS, individually and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FINWISE BANK,<br><br>Defendant. | **NOTICE OF FILING OF UNOPPOSED AMENDED JOINT MOTION TO CONSOLIDATE CASES**<br><br>Case No. 2:25-cv-00645-CMR<br><br>Hon. Cecilia M. Romero |

1

PLEASE TAKE NOTICE that an Unopposed Amended Joint Motion to Consolidate Cases has been filed in *Minter v. FinWise Bank et al.*, No. 2:25-cv-00569-JNP-CMR, which is attached hereto as Exhibit 1.

Dated: September 17, 2025

Respectfully submitted,

/s/ Jennifer Fraser Parrish
James E. Magleby (7247)
  magleby@mcpc.law
Jennifer Fraser Parrish (11207)
  parrish@mcpc.law
Yevgen Kovalov (16297)
  kovalov@mcpc.law
**MAGLEBY CATAXINOS, PC**
141 West Pierpont Avenue
Salt Lake City, Utah 84101
Tel.: (801) 359-9000
Fax: (801) 359-9011

Marc H. Edelson (*pro hac vice*)
  medelson@edelson-law.com
Liberato P. Verderame (*pro hac vice*)
  lverderame@edelson-law.com
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: 267-685-0676

Andrew W. Ferich (*pro hac vice*)
  aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: 310.474.9111
Fax: 310.474.8585

*Attorneys for Jeffrey Alonzo Minter, Keeba Coucil, and Raymond Delgado Sandoval*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of Magleby Cataxinos, PC, 141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF FILING OF UNOPPOSED AMENDED JOINT MOTION TO CONSOLIDATE CASES** was served on counsel of record through the Court's CM/ECF system this 17th day of September, 2025.

*/s/* Hi Evan Gibson